952 F.2d 1393
 Kursman (Jerome I.), as custodian for Kursman (Scott C.), La
Greca (Richard), Lundy (Marvin), Manchel (Donald), Wagman
(George F., Sr., George F., Jr.), Knies (Robert H.),
Stradling (Albert), Baker (Ben), as trustee of Gale Machine
and Tool Company Pension Fund, Phillips (Edna), Mariano
(Joseph), as trustee for Mariano Welding Corporation Pension
Plan, Goldstein (Mark), Preli (Olindo), as trustee of Olindo
J. Preli, M.D. Pension Trust, Samuel (H. Mark), Kelsey (David),
 NOS. 91-1462, 91-1545
 United States Court of Appeals,
Third Circuit.
 Dec 18, 1991
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 APPEAL DISMISSED.